UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08CR2213-DMS |
| vs. | ORDER |
| Jose Luna-Barajas | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 10042298 |

On order of the United States District/Magistrate Judge, NITA L. STORMES

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Cristina Santiago-Pascual

Arrgn. 6-20-08

DATED: 7-3-08

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED 2008 JUL -7 P 3:04 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by G. Perrault

Deputy Clerk

G. PERRAULT

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082