29

AO 455 (Rev. 5/85) Waiver of Indictment

FILED
JUL 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE LUNA-BARAJAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2213-DMS

I, JOSE LUNA-BARAJAS, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 7-3-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer